# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Consuelo Salazar,<br><br>      Plaintiff,<br><br>v.<br><br>Thunderbird Collection Specialists Incorporated,<br><br>      Defendant. | No. CV-20-00643-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 20), and good cause appearing,

**IT IS ORDERED granting** the Stipulation for Dismissal with Prejudice (Doc. 20) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 16th day of March, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge